**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JOHN LEAM, et al., on behalf of themselves and all other similarly situated, | x : CASE NO. 26-cv-04258 : |
|  | : **NOTICE OF APPEARANCE OF** |
|  | : **MICHAEL R. REESE ON BEHALF OF** |
| Plaintiffs, | : **PLAINTIFF AND THE PROPOSED CLASS** |
| v. | : |
|  | : |
|  | : |
| PEPSICO, INC., and the GATORADE COMPANY, | : |
|  | : |
| Defendants. | : |
|  | : |
|  | : |
|  | x |

I, Michael Reese, hereby enter my appearance as co-counsel for plaintiffs and the proposed class.

Respectfully submitted,

By:   _/s/ Michael R. Reese_

Michael R. Reese
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
*mreese@reesellp.com*

*Counsel for Plaintiffs*
*and the Proposed Class*