

**YAGMAN PLLC**

Advocacy in Motion.                                            New York │ Washington, D.C.

June 11, 2026

**VIA ECF**

Re:     Notice of Change of Address by Plaintiff's Counsel
*Leam, et al. v. PepsiCo, Inc., et al.,* Case No. 7:26-cv-04258 (S.D.N.Y. 2026)

Dear Judge Clarke,

Pursuant to the rules of this Court, please take notice that Blake Hunter Yagman, counsel of record for Plaintiffs in the above-captioned matter, has changed his address as associated with his law firm, which has been updated on the PACER/ECF filing system. All future service of documents in this matter and all correspondence should be sent to:

Blake Hunter Yagman
*blake.yagman@yagmanpllc.com*
YAGMAN PLLC
RXR Plaza
626 RexCorp Plaza
Uniondale, New York 11556
Tel.: 929-709-1493

**DATED**: June 11, 2026

Respectfully submitted,

*/s/ Blake Hunter Yagman*
Blake Hunter Yagman
*blake.yagman@yagmanpllc.com*
   YAGMAN PLLC
RXR PLAZA
626 RexCorp Plaza
Uniondale, New York 11556
Tel.: (929) 709-1493

*Attorneys for Plaintiffs
and the Proposed Class*