Y A G M A N | P L L C

*Advocacy in Motion.*                    New York | Washington, D.C.

## FIRM RESUME

YAGMAN PLLC was founded in 2026 by Blake Hunter Yagman with the goal of providing rigorous private enforcement of the antitrust, consumer protection, and data privacy laws on behalf of consumers, municipalities, and small businesses in federal and state courts across the country.  YAGMAN PLLC aims to fundamentally shift the imbalance of corporate and monopolistic power back into the hands their customers when those entities commit malfeasance, harm the public, and erode consumer confidence.

YAGMAN PLLC was founded by Blake Hunter Yagman at just 33 years old, combining creative new legal thought as applied to antiquated jurisprudence to effectively confront the challenges of an increasingly digital world.

## YAGMAN PLLC'S SAMPLE OF SIGNIFICANT ROLES IN ACTIVE LITIGATION

- **Antitrust:** *In re Shell Eggs Antitrust Litigation*, Case No. 3:26-md-03175 (W.D. Wi. 2025): Representing a putative class of consumers as a court appointed plaintiffs' steering committee member who overpaid for shell eggs and eggs products at retail due to an alleged price fixing scheme in violation of the antitrust laws.

- **Antitrust:** *In re Archery Products Antitrust Litigation*, Case No. 1:25-md-03160 (D. Co.): Representing a putative class of consumers who overpaid for archery products at retail as part of a multidistrict litigation due to an alleged price fixing scheme in violation of the antitrust laws.

- **Antitrust:** *TinRx Holding Company, Inc. v. CVS Pharmacy Inc.*, Case No. 1:26-cv-00182 (D. R.I. 2026): Sole counsel representing a putative class of independent pharmacies alleging unfair competition and antitrust violations by CVS Pharmacy due to CVS Pharmacy's vertical

# YAGMAN | PLLC

*Advocacy in Motion.*                              New York | Washington, D.C.

integration and weaponization of audits by its pharmacy benefit manager, CVS Caremark.

- **Consumer Protection:** *Gonzalez v. Outliers, Inc.*,
  Case No. 1:25-cv-10790-JLR (S.D.N.Y. 2025): Sole counsel representing a putative class of consumers who purchased deceptively marketed over-the-counter stimulant products which were advertised as being as affective as prescription medications and lacked federally mandated disclosures and warnings.

- **Consumer Protection:** *Maiman v. PETCO Health and Wellness Company,*
  Case No. 1:26-cv-01520-HG (E.D.N.Y. 2026): Representing a putative class of consumers who purchased premium priced grain-free dog products from PETCO which lack sufficient nutrients and related warnings about the risk of terminal heart disease to consuming dogs.

- **Data Privacy:** *Phillips v. JetBlue Airways Corporation*
  Case No. 1:26-cv-02405 (E.D.N.Y. 2026): Proposed interim co-lead counsel representing a putative class of purchasers of airline tickets who had their personal and sensitive data secretly collected then used against them to price their airline tickets – the very first surveillance and dynamic pricing class action in American history.

- **Data Privacy:** *Lanham, et al. v. MLB Advanced Media, L.P.,*
  Case No. 1:25-cv-07780-AS (S.D.N.Y. 2025): Sole counsel representing a putative class of Major League Baseball and concert ticket purchasers for games and events at baseball stadiums who fell victim to a credential stuffing data breach of Major League Baseball's ticketing mobile application which resulted in significant theft and resale of their tickets.

YAGMAN | PLLC

Advocacy in Motion.                                    New York | Washington, D.C.

- **Data Privacy:** *In re Zeta Global Data Privacy Litigation*, Case No. 1:25-cv-05780-PAE (S.D.N.Y. 2025): Appointed to the executive committee representing a putative class of hundreds of millions of Americans in a data privacy action alleging the creation of dossiers on consumers through the surreptitious collection of their data through digital and online tracking technology.

- **Data Privacy:** *V.G., et al. v. Zocdoc, Inc.,* Case No. 1:26-cv-00554-KPF (S.D.N.Y. 2026): Sole counsel representing a putative class of medical patients who used ZocDoc's website to book medical appointments and had personally identifiable information and protected health information shared unwillingly and without adequate consent to third parties for advertising purposes.

- **Data Privacy:** *Ring, et. v. New York Health and Hospitals Corp.,* Index No. 651961/2026 (Sup. Ct. N.Y. County): Interim co-lead counsel representing a putative class of millions of New Yorkers alleging that their personal data was unlawfully compromised by the largest municipal hospital system in the United States.

# Y A G M A N │ P L L C

*Advocacy in Motion.*                              New York │ Washington, D.C.

## ATTORNEY PROFILES

**Blake Hunter Yagman** (Partner and Founder) has represented plaintiffs in class action and litigation for nearly a decade.  Mr. Yagman currently has leadership positions or is sole counsel in significant class action and multidistrict litigation cases in courts around the country.  Over the course of his career, Mr. Yagman has built a reputation of innovative legal thinking combined with the discipline of a practice shaped by one of the largest class action law firms in the world and one of New York's elite litigation boutiques.

Mr. Yagman has litigated high-stakes cases – including cases of first impression – involving new and emerging legal issues, including algorithmic price fixing, surreptitious collection of biometric data, deployment of surveillance pricing, implementation of evolving digital tracking technologies, and challenging various forms of complex price manipulation.

*Antitrust.*  Mr. Yagman has practiced antitrust litigation on behalf of small businesses, consumers, and municipalities for the better part of a decade in monopolization and price fixing cases touching almost every industry.  *See, e.g. In re Processed Egg Products Antitrust Litigation*, Case No. 2:08-md-02002 (E.D. Pa. 2008) (member of trial team on behalf of direct purchaser plaintiffs of eggs for restaurants and other consumer-facing businesses alleging price fixing under the cover of a sham animal welfare program); *In re TinRx Holding Company, Inc. v. CVS Pharmacy, Inc.*, Case No. 1:26-cv-00182 (D.R.I. 2026) (sole counsel representing independent pharmacies against CVS for leveraging monopoly power through their pharmacy benefit manager, CVS Caremark, in order to control independent pharmacy competitors to CVS Pharmacy); *In re Archery Products Antitrust Litigation*, Case No. 1:25-md-03160 (D. Co. 2025) (representing consumers who overpaid for archery products as a result of a price fixing scheme by manufacturers and retailers); *In re Branded Beverage Products Antitrust Litigation/Giannasca v. PepsiCo, Inc., et al.*, Case No. 7:25-cv-06440 (S.D.N.Y. 2025) (representing consumers who allegedly overpaid for Pepsi products due to a price fixing arrangement with Walmart); *In re American Airlines/JetBlue Airways Antitrust Litigation/Berger v. JetBlue Airways Corporation*, Case No. 1:22-cv-07374-AMD (E.D.N.Y. 2022) (represented airline passengers who overpaid for American Airlines and JetBlue flights out of

# YAGMAN | PLLC

Advocacy in Motion.                                    New York | Washington, D.C.

EWR, LGA, JFK, and BOS due to an alleged price fixing arrangement called the Northeast Alliance).

***Consumer Protection.*** Mr. Yagman has litigated a variety of different consumer protection cases against corporations which commit malfeasance through misrepresentations, omissions, or other unfair conduct. *See, e.g.*, *Ajzenman v. Office of the Commissioner of Baseball*, Case No. 2:20-cv-03643 (C.D. Cal. 2020) (sole counsel who advocated for over $1.2 billion in baseball ticket refunds for millions of fans who could not attend MLB games during the COVID-19 affected season in 2020); *Maiman v. PETCO Health and Wellness Company, Inc.*, Case No. 1:26-cv-01520 (E.D.N.Y. 2026) (representing purchasers of grain free dog food products which were misrepresented as balanced and healthy, resulting in the death of plaintiff's dog); *Noel, et al v. Roblox Corporation*, Case No. 3:24-cv-00963 (N.D. Cal. 2024) (represented a class of minor plaintiffs on a digital gaming platform who performed unpaid labor to build the platform; successfully handled oral argument leading to denials of motion to dismiss, motion to compel arbitration, and motion to strike from the bench); *Kennedy, et al. v. Prime Hydration, LLC, et al.*, Case No. 3:23-cv-00476 (W.D. Ky. 2023) (represented a class of minor plaintiffs who were unlawfully lured to purchase beverages with high caffeine content).

***Data Privacy.*** Mr. Yagman has a wealth of experience from involvement in data breach and other privacy litigation, including in court appointed roles or as sole counsel representing classes of data breach and other privacy victims in on-going cases. *See, e.g. Phillips v. JetBlue Airways Corporation,* Case No. 1:26-cv-02405 (E.D.N.Y. 2026) (sole counsel representing the very first nationwide class of consumers alleging privacy violations due to surveillance and dynamic pricing by an airline); *In re CityMD Data Privacy Litigation*, Case No. 2:24-cv-06972 (D.N.J. 2024) (appointed interim co-lead counsel on behalf of patients of a large chain of urgent care centers who allegedly had their PII/PHI sold to third parties); *In re Zeta Global Data Privacy Litigation*, Case No. 1:25-cv-05780-PAE (S.D.N.Y. 2025) (appointed to the executive committee on behalf of a class of over 200 million consumers who allegedly had their PII collected and collated into dossiers, and sold online by a data broker); *Gerber v. Twitter, Inc., et al.*, Case No. 4:23-cv-00186 (N.D. Cal. 2023) (previously part of a lead counsel team in one of the largest data breaches in American history, twice defeating motions to dismiss); *Doe v. GoodRx*, Case No. 3:23-cv-00501 (N.D. Cal. 2023)

YAGMAN | PLLC

Advocacy in Motion.                                          New York | Washington, D.C.

(previously part of an executive committee team on behalf of millions of patients of an online pharmacy discount aggregator company which allegedly sold PII/PHI to third parties); *Lanham, et al. v. MLB Advanced Media, L.P.*, Case No. 1:25-cv-07780-AS (S.D.N.Y. 2025) (currently sole counsel representing tens of thousands of victims of a sophisticated credential stuffing breach where baseball and other event tickets were stolen from consumers due to digital fraud) (collecting cases); *V.G., et al. v. ZocDoc, Inc.*, Case No. 1:26-cv-00554-KPF (S.D.N.Y. 2026) (currently sole counsel representing millions of medical patients who used a medical appointment booking website and allegedly had their PII/PHI sold to third parties); *Gross v. Madison Square Garden Entertainment Corp.*, Case No. 1:23-cv-03380-LAK (S.D.N.Y. 2023) (previously part of team representing millions of visitors to Madison Square Garden who allegedly had their facial recognition data collected sans consent) (collecting cases); *In re Perry Johnson & Associates Medical Transcription Data Security Breach Litigation*, Case No. 1:24-md-03096-RPK (E.D.N.Y. 2024) (previously part of liaison counsel team representing millions of medical patients who had their PII/PHI breached and sold on the dark web due to a compromised medical transcription server) (collecting cases).

Mr. Yagman has also successfully resolved data privacy class actions on behalf of the millions of victims in the classes that he represented. *See, e.g. Boone v. Snap Inc.*, Case No. 2022LA000708 (18th Judicial Cir., Dupage County, Ill. 2022) ($35 million class-wide settlement on behalf of millions of users of Snapchat in Illinois who unlawfully had their facial recognition data collected); *Veiga v. Respondus, Inc.*, Case No. 2023LA000430 (18th Judicial Cir. Dupage County, Ill. 2023) ($6.25 million class-wide settlement on behalf of Illinois college students who unlawfully had their facial recognition data collected by a test proctoring system); *Tuteur v. Metropolitan Opera Association, Inc.*, Case No. 1:23-cv-03997-GS (S.D.N.Y. 2023) ($465,000 class-wide settlement on behalf of consumers and employees who were victims of a data breach at the Metropolitan Opera); *Guarnaschelli, et al. v. East River Medical Imaging, P.C.,* Index No. 656099/2023 (Sup. Ct. N.Y. 2023) ($1.85 million class-wide settlement on behalf of medical patients at a New York medical imaging facility who had their protected health information compromised in a data breach); *Reynolds, et al. v. Marymount Manhattan College*, Case No. 1:22-cv-06846-LGS (S.D.N.Y. 2022) ($1.3 million class-wide settlement on behalf of students, parents, and employees of a college in New York which were victims of a data breach).

# YAGMAN | PLLC

Advocacy in Motion.                                          New York | Washington, D.C.

Mr. Yagman is very involved in his community including representing fellow queer small business owners in variety of different types of litigation, participation as an active member of the conservationist group called the Theodore Roosevelt Association, and nearly half a dozen guest lectures to colleges and law school students around the country.  Currently Mr. Yagman is a Founding Member of the Theodore Roosevelt Presidential Library and was recently named to the D.C. Bar Association Pro Bono Honor Roll for public service.

Prior to his legal career, in 2014, Mr. Yagman graduated from the University of Miami.  While at the University of Miami, he was elected twice to high-level positions in student government, was chosen as the chair of the Policy and Finance Committee and was mentored by former United States Secretary of Health and Human Services Donna Shalala.  At the University of Miami, Mr. Yagman was a student assistant coach for the Miami Hurricanes football team, worked as a radio broadcaster on WVUM 90.5 radio, he was chosen the campaign organizing fellow for President Barack Obama's reelection campaign in 2012 and he worked for United States Senator Bill Nelson as well as Congressman Joe Garcia.  In 2017, Mr. Yagman graduated from the Benjamin N. Cardozo School of Law with a concentration in Data and Intellectual Property Law.  While in law school, Mr. Yagman worked as a journalist for FoxSports, Front Office Sports, and FanSided writing about the intersection of sports and the law, helped to craft economic policy platforms for a mayoral candidate in New York City, and was Vice President of the Sports Law Society.

# Y A G M A N | P L L C

Advocacy in Motion.                         New York | Washington, D.C.

**_Allen Neumark_** *(Partner)* Mr. Neumark possesses litigation experience encompassing a broad spectrum of industries and subject matters. His practice reflects a commitment to rigorous legal analysis, strategic advocacy, and client-focused representation at every stage of the litigation process — from pre-suit negotiations through verdict.

Mr. Neumark served as in-house counsel for an insurance carrier, where he developed an intimate understanding of how insurers assess risk, evaluate claims, and approach litigation from the inside. Mr. Neumark's commercial litigation experience has afforded him the opportunity to counsel and represent a diverse clientele — from individual claimants and small business owners to mid-sized and large enterprises operating across a wide range of industries. He brings a thorough understanding of the client's objectives and legal exposure, translating complex factual and legal issues into clear, actionable strategy. Mr. Neumark's balanced, detail-oriented approach to dispute resolution — whether at the negotiating table or in the courtroom — has consistently produced favorable outcomes for his clients.

Mr. Neumark is fluent in Spanish and is deeply committed to delivering effective, accessible, and personalized representation to each client he serves, regardless of the complexity or scale of the matter. Beyond the practice of law, Mr. Neumark serves as team captain of a competitive ice hockey team — a role that speaks to his instinct for leadership, composure under pressure, and his belief in the power of a well-coordinated team effort, values he brings to every client engagement.

Prior to his legal career, in 2015, Mr. Neumark graduated from the Florida State University. In 2018, Mr. Neumark graduated from Florida International University School of Law and is licensed to practice in Florida with forthcoming admission in New York.