**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN LEAM, GREG DRAYTON, SHANNON MAHONEY, SAMANTHA METTLER, and FRANCESCA MIGNOSI on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>PEPSICO, INC. and THE GATORADE COMPANY,<br><br>        Defendants. | Case No. 7:26-cv-04258-JGLC-JCM<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, being admitted to practice in this Court, hereby appears in the above-captioned action as counsel for Plaintiffs and the Proposed Classes.

DATED: July 2, 2026

By: */s/ Raphael Janove*

**JANOVE PLLC**
Raphael Janove
115 Broadway, 5th Floor
New York, NY 10006
Raphael@Janove.Law

*Attorney for Plaintiffs*
*and the Proposed Classes*