**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN LEAM, GREG DRAYTON, SHANNON MAHONEY, SAMANTHA METTLER, and FRANCESCA MIGNOSI, on behalf of themselves and all others similarly situated, | Civil Action No. 7:26-cv-04258 |
| Plaintiffs, | **MOTION FOR ADMISSION** *PRO HAC VICE* |
| v. | |
| PEPSICO, INC. and THE GATORADE COMPANY, | |
| Defendants. | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Valter Malkhasyan hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs and the proposed class in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 2, 2026

Respectfully Submitted,

Applicant's Signature: _____
Applicant's Name: Valter Malkhasyan
Firm Name: MALK & POGO LAW GROUP, LLP
Address: 5320 Laurel Canyon Blvd.
City/State/Zip: Valley Village, CA 91607
Telephone/Fax:  (818) 484-5204 / (818) 824-5144
Email: valter@malkpogolaw.com