# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN LEAM, GREG DRAYTON, SHANNON MAHONEY, SAMANTHA METTLER, and FRANCESCA MIGNOSI, on behalf of themselves and all others similarly situated, | Case No.: 7:26-cv-04258 |
| Plaintiffs, | |
| v. | |
| PEPSICO, INC. and THE GATORADE COMPANY, | |
| Defendants. | |

## AFFIDAVIT OF VALTER MALKHASYAN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Valter Malkhasyan, being duly sworn, depose and state:

1. I am over eighteen years of age and believe in the obligations of an oath.

2. I make this affidavit on personal knowledge and in support of a Motion for Admission Pro Hac Vice in the above-captioned matter.

3. I have (a) never been convicted of a felony; (b) never been censured, suspended, disbarred or denied admission or readmission by any court, and (c) have no pending disciplinary proceedings against me.

Dated: July 2, 2026

MALK & POGO LAW GROUP, LLP

By: /s/ _Valter Malkhasyan, Esq._

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ____Los Avigeles ._____ )

On ____Of/od/ 2026.____ before me, ____Alejandra Lobos Notary Public.____
(insert name and title of the officer)

personally appeared ____Valter Malkhasyan_____ ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  (Seal)

ALEJANDRA LOBOS
COMM. # 2543706
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES DEC. 29, 2029