**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN LEAM, GREG DRAYTON, SHANNON MAHONEY, SAMANTHA METTLER, and FRANCESCA MIGNOSI, on behalf of themselves and all others similarly situated, | Civil Action No. 7:26-cv-04258 |
| Plaintiffs, | **ORDER FOR ADMISSION** *PRO HAC VICE* |
| v. | |
| PEPSICO, INC. and THE GATORADE COMPANY, | |
| Defendants. | |

The motion of Valter Malkhasyan, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Valter Malkhasyan |
| Firm Name: | MALK & POGO LAW GROUP, LLP |
| Address: | 5320 Laurel Canyon Blvd. |
| City/State/Zip: | Valley Village, CA 91607 |
| Telephone/Fax: | (818) 484-5204 / (818) 824-5144 |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs and the proposed class in the above-entitled action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____

United States District/Magistrate Judge