

Y A G M A N │ P L L C

Advocacy in Motion.                                   New York │ Washington, D.C.

July 6, 2026

**SUBMITTED VIA ECF**

The Honorable Judith C. McCarthy
United States District Court Southern District of New York
Charles L. Brieant Jr. Courthouse
300 Quarropas Street │ Courtroom 325
White Plains, NY 10601
McCarthy_NYSDChambers@nysd.uscourts.gov

>    *Re:  Coordination of Actions and Appointment of Counsel*
>        *Leam et al v. PepsiCo, Inc. et al.,* No. 7:26-cv-04258 (JGLC) (JCM)
>        *Walsh v. PepsiCo, Inc.,* No. 7:26-cv-05191 (JGLC) (JCM)

Dear Judge McCarthy:

I am one of counsel for Plaintiffs in the above-referenced related actions.  I write to advise the Court of a development that will streamline the leadership process under Federal Rule of Civil Procedure 23(g) and conserve the Court's and the parties' resources.  I submit this letter for the limited purpose of advising the Court of the coordinated leadership proposal and anticipated procedural steps relevant thereto.

***Procedural Posture.*** The *Leam* action was filed on May 21, 2026. The *Walsh* action was filed on June 18, 2026, and accepted as related to *Leam*. On June 23, 2026, the *Leam* and *Walsh* plaintiffs jointly moved, pursuant to Fed. R. Civ. P. Rules 42(a) and 23(g), to consolidate those two actions and to appoint Blake Hunter Yagman of Yagman PLLC, Michael R. Reese of Reese LLP, and Laurence D. King of Kaplan Fox & Kilsheimer LLP as Interim Co-Lead Class Counsel (*Leam*, ECF No. 7). Additionally, related actions asserting substantially similar mislabeling claims against the same or related defendants were filed outside this District, *Kononenko* in the Northern District of California, and *Darr* in the Northern District of Illinois.

***Coordination of Related Cases.*** Since the filing of the pending Motion to Consolidate Cases, counsel across these related actions have agreed to self-organize and coordinate the prosecution of this litigation before this Court and to present a single, unified leadership proposal rather than serial or competing applications. To that end, the undersigned intend to proceed as follows:

- First, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), Malk & Pogo Law Group, LLP  and Janove PLLC have voluntarily dismissed the *Kononenko* and *Darr* actions, respectively,

July 6, 2026
Page 2 of 2

so that Mr. Kononenko and Ms. Darr may be added as plaintiffs in a forthcoming consolidated amended complaint before this Court.

- Second, Plaintiffs' counsel in *Leam* and *Walsh* will withdraw, without prejudice, the pending request for appointment of Interim Co-Lead Class Counsel contained in Dkt. No. 7.

- Third, under Fed. R. Civ. P. Rule 23(g)(3), the undersigned will then file a single joint motion presenting an amended and unified leadership structure agreed to by all counsel in the pending cases, subject to Court approval. The joint motion will address each of the Fed. R. Civ. P. Rule 23(g)(1)(A) factors as to each proposed appointee.

Consolidating leadership applications in this manner avoids duplicative briefing and presents the Court with a single, coordinated structure consistent with Fed. R. Civ. P. Rule 23(g)'s objective of ensuring adequate representation of the putative class. The undersigned respectfully anticipates filing the joint motion on or before July 10.  Nothing in this letter affects any deadline applicable to Defendants.

We thank the Court for its attention to this matter and are available to discuss should the Court have any questions.

Respectfully submitted,

**YAGMAN PLLC**

*/s/Blake Hunter Yagman*
Blake Hunter Yagman, Esq.
*blake.yagman@yagmanpllc.com*
YAGMAN PLLC
626 RexCorp Plaza, Suite 605
Uniondale, New York 11556
Tel.: (929) 709-1493

*Counsel for Plaintiff Leam*
*and the Proposed Class*