**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOHN LEAM, GREG DRAYTON, SHANNON
MAHONEY, SAMANTHA METTLER, and
FRANCESCA MIGNOSI, on behalf of
themselves and all others similarly situated,

Civil Action No. 7:26-cv-04258

                    Plaintiffs,

          v.

                                            **ORDER FOR ADMISSION**
                                            *PRO HAC VICE*

PEPSICO, INC. and THE GATORADE
COMPANY,

                    Defendants.

The motion of Valter Malkhasyan, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Applicant's Name:    Valter Malkhasyan

Firm Name:           MALK & POGO LAW GROUP, LLP

Address:             5320 Laurel Canyon Blvd.

City/State/Zip:      Valley Village, CA 91607

Telephone/Fax:       (818) 484-5204 / (818) 824-5144

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs and the proposed class in the above-entitled action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  7/7/2026

                                        _Judith C. M'Carthy_
                                        United States Magistrate Judge