**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr>
<td>

JOHN LEAM, GREG DRAYTON, SHANNON MAHONEY, SAMANTHA METTLER, and FRANCESCA MIGNOSI on behalf of themselves and all others similarly situated,

      Plaintiffs,

  v.

PEPSICO, INC. and THE GATORADE COMPANY,

      Defendants.

</td>
<td>

Case No. 7:26-cv-04258-JGLC-JCM

**NOTICE OF APPEARANCE**

</td>
</tr>
</table>

     **PLEASE TAKE NOTICE** that the undersigned attorney, being admitted to practice in this Court, hereby appears in the above-captioned action as counsel for Plaintiffs and the Proposed Classes.

DATED: July 8, 2026

By: */s/ Liana Roza Vitale*

**JANOVE PLLC**
Liana Roza Vitale
979 Osos St., Ste. A5
San Luis Obispo, CA 93401
liana@janove.law
(805) 505-9550

*Attorney for Plaintiffs*
*and the Proposed Classes*