**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN LEAM, GREG DRAYTON, SHANNON MAHONEY, SAMANTHA METTLER, and FRANCESCA MIGNOSI, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> PEPSICO, INC. and THE GATORADE COMPANY, <br><br> *Defendants*. | Case No.: 7:26-cv-04258-JGLC-JCM <br><br><br> **AMENDED MOTION TO CONSOLIDATE CASES, AND APPOINT INTERIM CO-LEAD CLASS COUNSEL AND EXECUTIVE COMMITTEE** |
| MICHAEL WALSH, on behalf of himself and all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> PEPSICO, INC. and THE GATORADE COMPANY, <br><br> *Defendants*. | Case No.: 7:26-cv-05191-JGLC-JCM |

**PLAINTIFFS' AMENDED MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD CLASS COUNSEL AND EXECUTIVE COMMITTEE**

PLEASE TAKE NOTICE that this Amended Motion, pursuant to Federal Rules of Civil Procedure 42(a) and 23(g), seeks to consolidate the above-captioned actions, rename the consolidated case "*In re Gatorade Marketing & Sales Practices Litigation*," and appoint Interim Co-Lead Class Counsel and members of the Executive Committee as discussed in the attached memorandum and exhibits.

Respectfully submitted,

DATED: July 10, 2026

**KAPLAN FOX & KILSHEIMER LLP**

By:   /s/ *Laurence D. King*
　　　　　Laurence D. King

Laurence D. King
800 Third Avenue, 38th Floor
New York, NY  10022
Telephone: (212) 687-1980

1999 Harrison Street, Suite 1501
Oakland, CA  94612
Telephone: (415) 772-4700
Email: *lking@kaplanfox.com*

*Proposed Interim Co-Lead Counsel and Counsel for Plaintiff Michael Walsh and the Proposed Class*

**YAGMAN PLLC**
Blake Hunter Yagman
RXR PLAZA
626 RexCorp Plaza
Uniondale, NY  11556
Telephone: (929) 709-1493
Email: *blake.yagman@yagmanpllc.com*

*Proposed Interim Co-Lead Counsel and Counsel for Plaintiffs John Leam, Greg Drayton, Shannon Mahoney, Samantha Mettler, Francesca Mignosi and the Proposed Class*

**REESE LLP**
Michael Robert Reese
100 W. 93rd Street, 16th Floor
New York, NY  10025
Telephone: (212) 594-5300

*Proposed Interim Co-Lead Counsel and Counsel for Plaintiffs John Leam, Greg Drayton, Shannon Mahoney, Samantha Mettler, Francesca Mignosi and the Proposed Class*

**JANOVE PLLC**
Raphael Janove
115 Broadway, 5th Fl.
New York, New York 10006
Telephone: (646) 347-3940
Email: *raphael@janove.law*

*Proposed Executive Committee Member and Counsel for Plaintiffs John Leam, Greg Drayton, Shannon Mahoney, Samantha Mettler, Francesca Mignosi and the Proposed Class*

**MALK & POGO LAW GROUP, LLP**
Valter Malkhasyan
5320 Laurel Canyon Blvd.
Valley Village, California 91607
Telephone: (818) 484-5204
Email*: valter@malkpogolaw.com*

*Proposed Executive Committee Member and Counsel for Plaintiffs John Leam, Greg Drayton, Shannon Mahoney, Samantha Mettler, Francesca Mignosi and the Proposed Class*

<u>**CERTIFICATE OF SERVICE**</u>

I, Laurence D. King, here certify that on this 10th day of July 2026, a true and correct copy of the above was filed with the Clerk of Court via the Court's CM/ECF system, which provides service of such filing upon all parties registered in this action.

Dated:  July 10, 2026             **KAPLAN FOX & KILSHEIMER LLP**

By:  /s/ *Laurence D. King*
          Laurence D. King

*Proposed Interim Co-Lead Counsel and Counsel for Plaintiff Michael Walsh and the Proposed Class*

- 3 -