**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN LEAM, GREG DRAYTON, SHANNON MAHONEY, SAMANTHA METTLER, and FRANCESCA MIGNOSI, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> PEPSICO, INC. and THE GATORADE COMPANY, <br><br> *Defendants*. | Case No.: 7:26-cv-04258-JGLC-JCM <br><br> **AMENDED MOTION TO CONSOLIDATE CASES, AND APPOINT INTERIM CO-LEAD CLASS COUNSEL AND EXECUTIVE COMMITTEE** |
| MICHAEL WALSH, on behalf of himself and all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> PEPSICO, INC. and  THE GATORADE COMPANY, <br><br> *Defendants*. | Case No.: 7:26-cv-05191-JGLC-JCM |

**PLAINTIFFS' AMENDED MOTION TO CONSOLIDATE CASES AND
APPOINT INTERIM CO-LEAD CLASS COUNSEL AND EXECUTIVE COMMITTEE**

PLEASE TAKE NOTICE that this Amended Motion, pursuant to Federal Rules of Civil Procedure 42(a) and 23(g), seeks to consolidate the above-captioned actions, rename the consolidated case "*In re Gatorade Marketing & Sales Practices Litigation*," and appoint Interim Co-Lead Class Counsel and members of the Executive Committee as discussed in the attached memorandum and exhibits.

Respectfully submitted,

DATED: July 10, 2026

**KAPLAN FOX & KILSHEIMER LLP**

By:   /s/ *Laurence D. King*
          Laurence D. King

Laurence D. King
800 Third Avenue, 38th Floor
New York, NY  10022
Telephone: (212) 687-1980

1999 Harrison Street, Suite 1501
Oakland, CA  94612
Telephone: (415) 772-4700
Email: *lking@kaplanfox.com*

*Proposed Interim Co-Lead Counsel and Counsel for Plaintiff Michael Walsh and the Proposed Class*

**YAGMAN PLLC**
Blake Hunter Yagman
RXR PLAZA
626 RexCorp Plaza
Uniondale, NY  11556
Telephone: (929) 709-1493
Email: *blake.yagman@yagmanpllc.com*

*Proposed Interim Co-Lead Counsel and Counsel for Plaintiffs John Leam, Greg Drayton, Shannon Mahoney, Samantha Mettler, Francesca Mignosi and the Proposed Class*

**REESE LLP**
Michael Robert Reese
100 W. 93rd Street, 16th Floor
New York, NY  10025
Telephone: (212) 594-5300

- 1 -

*Proposed Interim Co-Lead Counsel and Counsel for Plaintiffs John Leam, Greg Drayton, Shannon Mahoney, Samantha Mettler, Francesca Mignosi and the Proposed Class*

**JANOVE PLLC**
Raphael Janove
115 Broadway, 5th Fl.
New York, New York 10006
Telephone: (646) 347-3940
Email: *raphael@janove.law*

*Proposed Executive Committee Member and Counsel for Plaintiffs John Leam, Greg Drayton, Shannon Mahoney, Samantha Mettler, Francesca Mignosi and the Proposed Class*

**MALK & POGO LAW GROUP, LLP**
Valter Malkhasyan
5320 Laurel Canyon Blvd.
Valley Village, California 91607
Telephone: (818) 484-5204
Email*: valter@malkpogolaw.com*

*Proposed Executive Committee Member and Counsel for Plaintiffs John Leam, Greg Drayton, Shannon Mahoney, Samantha Mettler, Francesca Mignosi and the Proposed Class*

Respectfully submitted,

DATED: June 23, 2026

/s/ *Blake Hunter Yagman*
Blake Hunter Yagman
YAGMAN PLLC
RXR Plaza
626 RexCorp Plaza
Uniondale, New York 11556
Telephone: (929) 709-1493
*blake.yagman@yagmanpllc.com*

/s/ *Michael Robert Reese*
Michael Robert Reese
REESE LLP
100 W. 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 594-5300
*mreese@reesellp.com*

/s/ *Laurence D. King*
Laurence D. King
KAPLAN FOX & KILSHEIMER LLP

- 2 -

1999 Harrison Street, Suite 1501
Oakland, California  94612
Telephone: (415) 772-4700
*lking@kaplanfox.com*

Aaron L. Schwartz
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, NY  10022
Telephone: (212) 687-1980
*aschwartz@kaplanfox.com*

*Proposed Interim Co-Lead Class Counsel*

- 3 -

## CERTIFICATE OF SERVICE

I, Laurence D. King, here certify ~~The undersigned hereby certifies~~ that on this 10th ~~23rd~~ day of July ~~June~~ 2026, a true and correct copy of the above ~~and foregoing~~ was filed with the Clerk of Court via the Court's CM/ECF ~~electronic filing~~ system, which provides ~~for electronic~~ service of such filing upon ~~on~~ all parties registered in this action. ~~counsel of record; all counsel of record have been served via electronic mail as well.~~

~~By: /s/ Blake Hunter Yagman~~
~~Blake Hunter Yagman~~

Dated:  July 10, 2026                    **KAPLAN FOX & KILSHEIMER LLP**

By:  /s/ *Laurence D. King*
           Laurence D. King

*Proposed Interim Co-Lead Counsel and Counsel for*
*Plaintiff Michael Walsh and the Proposed Class*

- 4 -