# Exhibit 3



## KAPLAN FOX

Service. Driven. Results.

# KAPLAN FOX & KILSHEIMER LLP

# FIRM PROFILE

| | | |
|---|---|---|
| 800 Third Avenue, 38th Floor<br>New York, NY 10022<br>Tel.: 212.687.1980<br>Fax: 212.687.7714 | 12400 Wilshire Boulevard, Suite 910<br>Los Angeles, CA 90025<br>Tel.: 310.575.8604<br>Fax: 310.444.1913 | 1999 Harrison Street, Suite 1501<br>Oakland, CA 94612<br>Tel.: 415.772.4700<br>Fax: 415.772.4707 |
| | 681 Prestwick Lane<br>Wheeling, IL 60090<br>Tel.: 847.831.1585<br>Fax.: 847.831.1580 | 160 Morris Street<br>Morristown, NJ 07960<br>Tel.: 973.656.0222<br>Fax: 973.401.1114 |

*NEW YORK, NY*          *LOS ANGELES, CA*          *OAKLAND, CA*

*MORRISTOWN, NJ*          *CHICAGO, IL*

## History of Kaplan Fox & Kilsheimer LLP

Leo Kaplan and James Kilsheimer founded "Kaplan & Kilsheimer" in 1954, making the firm one of the most established litigation practices in the country.  James Kilsheimer was a celebrated federal prosecutor in the late 1940s and early 1950s in New York who not only successfully tried some of the highest profile cases in the country but also handled the U.S. Attorney's Office's criminal appeals to the Second Circuit.

Now known as "Kaplan Fox & Kilsheimer LLP," the early commitment to high-stakes litigation continues to define the firm to the present day.  In 2009, Portfolio Media's *Law360* ranked Kaplan Fox's securities litigation practice as one of the top 5 in the country (plaintiff side), and again in July 2014, the Legal 500 ranked Kaplan Fox as one of the top eight plaintiff's firms for securities litigation.  In March 2013, the *National Law Journal* included Kaplan Fox on its list of the top 10 "hot" litigation boutiques, a list that includes both plaintiff and defense firms.  To date, more than half of the firm's partners – including attorneys on both coasts – were rated "Super Lawyers."

The firm has three primary litigation practice areas (antitrust, securities, and consumer protection), and the firm is a leader in all three.  To date, we have recovered more than **$5 billion** for our clients and classes.  In addition, the firm has expanded its consumer protection practice to include data privacy litigation, and few other firms can match Kaplan Fox's recent leadership in this rapidly emerging field.  The following describes Kaplan Fox's major practice areas, its most significant recoveries and its attorneys.

## Consumer Protection and Data Privacy Litigation

The consumer protection practice is headquartered in Kaplan Fox's Bay Area office, which opened in 2000, and is led by Laurence King, an experienced trial lawyer and former prosecutor.  Mr. King has also served as a Vice-Chair, and then Co-Chair, of the American Association for Justice's Class Action Litigation Group.

The consumer protection practice regularly champions the interests of consumers under a variety of state and federal consumer protection laws. Most frequently, these cases are brought as class actions, though under certain circumstances an individual action may be appropriate.

Kaplan Fox's consumer protection attorneys have represented victims of a broad array of misconduct in the manufacturing, testing, marketing, and sale of a variety of products and services and have regularly been appointed as lead or co-lead counsel or as a member of a committee of plaintiffs' counsel in consumer protection actions by courts throughout the nation.  Among our significant achievements are highly recognized cases including ***In re: Apple Inc. Device Performance Litig.***, No. 5:18-MD-2827-EJD (N.D. Cal.) (a global consumer protection and computer intrusion class action in which a $310 million class settlement was achieved); ***In re Baycol Products Litigation***, MDL 1431-MJD/JGL (D. Minn.) (victims recovered more than $350 million); ***In re Providian***



*__Financial Corp. Credit Card Terms Litigation__*, MDL No. 1301-WY (E.D. Pa.) ($105 million recovered); *__In re Thomas and Friends Wooden Railway Toys Litig.__*, No. 07-cv-3514 (N.D. Ill.) ($30 million settlement obtained for purchasers of recalled "Thomas Train" toys painted with lead paint); *__In re Pre-Filled Propane Tank Marketing and Sales Practices Litigation__*, No. 4:09-md-2086 (W.D. Mo.) (settlements obtained where consumers will receive substantially in excess of actual damages and significant injunctive relief); *__Berry v. Mega Brands Inc__*., No. 08-CV-1750 (D.N.J.) (class-wide settlement obtained where consumers will receive full refunds for defective products), and *__David Wolf, et al. v. Red Bull GmBH, et al.__*, No. 1:13-cv-08008 (S.D.N.Y.) ($13 million settlement fund obtained for purchasers of Red Bull energy drink); and *__Schneider v. Chipotle Mexican Grill, Inc.__*, No.16-cv-02200 (N.D. Cal.) (a Non-GMO class action with a settlement approval of $6.5 million).

Data privacy is a fairly new area of law and broadly encompasses two scenarios. In a data breach case, a defendant has lawful custody of data but fails to safeguard it or use it in an appropriate manner. In a tracking case, the defendant intercepts or otherwise gathers digital data to which it is not entitled in the first place.

Kaplan Fox is an emerging leader in both types of data privacy litigation. For example, we filed and successfully prosecuted one of very first online data breach cases, *__Syran v. LexisNexis Group__*, No. 05-cv-0909 (S.D. Cal.), and was court-appointed liaison counsel in a recently successfully concluded data breach case against LinkedIn. *See __In re: LinkedIn User Privacy Litigation__*, No. 12-cv-3088-EJD (N.D. Cal.). The firm also settled a data privacy case against Universal Property & Casualty Insurance Company related to the public exposure of sensitive customer data. *See __Rodriguez v. Universal Property & Cas. Ins. Co.__*, No. 16-cv-60442-JK (S.D. Fla.).

In the past five years alone, we have led or otherwise had court-appointed roles in at least 10 national digital privacy class actions, including high-profile cases against defendants Google, Yahoo, and LinkedIn; two insurance companies; and one data analytics company. Other recent data privacy cases include *__In re Horizon Healthcare Services, Inc. Data Breach Litigation__*, No. 13-cv-07418-CCC-MF (D.N.J.) where Kaplan Fox represents a group of individuals in a class action asserting willful and negligent violations of the Fair Credit Reporting Act, as well as violations of state law, based on Horizon's failure to adequately protect the Plaintiffs' personal information. Kaplan Fox represents a group of seven credit unions and has been appointed by the court as a member of the Steering Committee for the Financial Institution plaintiffs in a data breach class action against The Home Depot, Inc. *See __In re: The Home Depot, Inc., Customer Data Security Breach Litigation__*, 1:14-md-02583-TWT (N.D. Ga.). Kaplan Fox was also appointed co-lead class counsel for plaintiffs in *__Doe v. Caremark, LLC__*, **2:18 -cv-00488 -EAS-CMV (S.D. Oh**.), a class action concerning allegations of the violation of medical privacy of approximately 4,500 class members. The Court approved a $4.4 million settlement of the action on January 30, 2020. Kaplan Fox and firm Partner Joel Strauss were also recently appointed to the Plaintiffs' Steering Committee in *__In Re: HealthEC LLC Data Breach Litig. ,__* 2:24 -cv-26-JKS-ESK (D.N.J.).



2

The firm is also an industry leader in the even newer field of email and internet tracking litigation.  Kaplan Fox was appointed Co-Lead Class Counsel in a digital privacy class action against Yahoo!, Inc., related to Yahoo's alleged practice of scanning emails for content, which was recently settled.  See ***In re: Yahoo Mail Litigation***, 5:13-cv-04980-LHK (N.D. Cal.).  Other cases include ***In re: Google Inc. Cookie Placement Consumer Privacy Litig.***, 12-MD-2358-SLR (D. Del.) (Kaplan Fox appointed to plaintiffs' steering committee).

## Securities Litigation

Over the past 35 years, Kaplan Fox has been a leader in prosecuting corporate and securities fraud, ranging from cases concerning accounting fraud to those involving complicated and complex financial instruments. Since the passage of the Private Securities Litigation Reform Act in 1995, Kaplan Fox has emerged as one of the foremost securities litigation firms representing institutional investors of all sizes, including many of the world's largest public pension funds.

Kaplan Fox's selection by Portfolio Media's Law360 as one of the five top securities litigation firms (plaintiff side) for 2009 was based, in part, on the representation of public pension funds in high profile and complex securities class actions, including ***In re Merrill Lynch & Co., Inc. Securities, Derivative & ERISA Litigation***; ***In re Bank of America Corp. Securities, ERISA & Derivative Litigation***; ***In re Fannie Mae Securities Litigation***; and ***In re Ambac Financial Group, Inc. Securities Litigation***.  Some of the firm's most significant securities recoveries include:

**In re Bank of America Corp. Securities, Derivative, and ERISA Litig.**,
09-md-2058 (S.D.N.Y.) ($2.425 billion recovered)

**Arkansas Teacher Retirement Sys. v. Allianz Global Investors US LLC**,
No. 20-cv-5615 (S.D.N.Y.) ($642 million recovered)

**In re Merrill Lynch & Co., Inc. Securities Litigation**,
Master File No. 07-CV-9633 (JSR) (S.D.N.Y.) ($475 million recovered)

**In re Fannie Mae 2008 Securities Litigation**,
No. 08-cv-7831 (PAC) (S.D.N.Y.) ($170 million recovered)

**In re Sequenom, Inc. Securities Litigation**,
No. 09-cv-921 (S.D. Cal.) ($70 million recovered)

**Barry Van Roden, *et al.* v. Genzyme Corp., *et al.***,
No. 03-CV-4014-LLS (S.D.N.Y.) ($64 million recovered)

**In re Elan Corporation Securities Litigation**,
No. 02-CV-0865-RMB (S.D.N.Y.) ($75 million recovered)



**In re MicroStrategy Securities Litigation**,
No. CV-00-473-A (E.D. Va.) ($155 million recovered)

**AOL Time Warner Cases I & II (Opt-out)**
Nos. 4322 & 4325 (Cal. Superior Court, LA County) ($140 million recovered)

**In re 3Com Securities Litigation**,
No. C-97-21083-EAI (N.D. Cal.) ($259 million recovered)

## Antitrust Litigation

Kaplan Fox has been at the forefront of significant private antitrust actions, and we have been appointed by courts as lead counsel or members of an executive committee for plaintiffs in some of the largest antitrust cases throughout the United States. This commitment to leadership in the antitrust field goes back to at least 1967, when firm co-founder Leo Kaplan was appointed by the Southern District of New York to oversee the distribution of all ASCAP royalties under the 1950 antitrust consent decree in ***United States v. American Society of Composers, Authors and Publishers***, No. 41-CV-1395 (S.D.N.Y.), a role he held for 28 years until his death in 1995. To this day, ASCAP awards the "Leo Kaplan Award" to an outstanding young composer in honor of Leo's 28 years of service to ASCAP.

Members of the firm have also argued before the U.S. Courts of Appeals some of the most significant decisions in the antitrust field in recent years. For example, Robert Kaplan argued the appeal in ***In re Flat Glass Antitrust Litigation***, 385 F.3d 350 (3d Cir. 2004), and Greg Arenson argued the appeal in ***In re High Fructose Corn Syrup Antitrust Litigation***, 295 F.3d 651 (7th Cir. 2002). In a relatively recent survey of defense counsel, in-house attorneys, and individuals involved in the civil justice reform movement, both were named among the 75 best plaintiffs' lawyers in the country based on their expertise and influence.

Over the years, Kaplan Fox has recovered over **$2 billion** for our clients in antitrust cases. Some of the larger antitrust recoveries include:

**In re Air Cargo Shipping Services Antitrust Litigation**,
MDL 1775 (E.D.N.Y.) (settled during trial preparation, for total settlement of more than $1.25 billion)

**In re Plastics Additives Antitrust Litigation,**
03-CV-1898 (E.D. Pa.) ($46.8 million recovered)

**In re Neurontin Antitrust Litigation**,
MDL No. 1479, Master File No. 02-1390 (D.N.J.) ($190 million recovered)

**In re High Fructose Corn Syrup Antitrust Litigation,**
MDL No. 1087, Master File No. 95-1477 (C.D. Ill.) ($531 million recovered)



**In re Medical X-Ray Film Antitrust Litigation,**
CV 93-5904 (E.D.N.Y.) ($39.6 million recovered)

**In re Brand Name Prescription Drugs Antitrust Litigation,**
MDL 997 (N.D. Ill.) ($720 plus million recovered)

**In re Infant Formula Antitrust Litigation,**
MDL 878 (N.D. Fla.) ($126 million recovered)

**In re Flat Glass Antitrust Litigation,**
MDL 1200 (W.D. Pa.) ($122 plus million recovered)

**In re Hydrogen Peroxide Antitrust Litigation,**
MDL 1682 (E.D. Pa.) ($97 million recovered)

**In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation,**
14-MD-2542 (S.D.N.Y.) ($31 million recovered)



5



Why Kaplan Fox    Practice Areas    Cases    Resources    Login

PARTNER    LAURENCE D. KING

# Laurence D. King
## Partner

**Kaplan Fox & Kilsheimer LLP**
1999 Harrison Street
Suite 1501
Oakland, CA 94612

**Phone:** (415) 772-4700
**Fax:** (415) 772-4707
**LKing@kaplanfox.com**

**EDUCATION:**

B.S., Wharton School of the University of Pennsylvania (1985)

J.D., Fordham University School of Law (1988)

**BAR AFFILIATIONS & COURT ADMISSIONS:**

Bar of the State of California

Bar of the State of New York

U.S. Court of Appeals for the Second and Ninth Circuits

U.S. District Courts for the Southern and Eastern Districts of New York, the Central, Northern and Southern Districts of California.

**PROFESSIONAL AFFILIATIONS:**

Bar Association of San Francisco

American Bar Association

American Association for Justice

San Francisco Trial Lawyers' Association

American Business Trial Lawyers

Larry King is the West Coast Managing Partner of Kaplan Fox, resident in our Oakland and Los Angeles, California offices. He joined the firm in 1994 and became a partner of the firm in 1998.  Larry initially joined the firm in New York, but subsequently relocated to California in 1999.

Larry's practice focuses on securities litigation, with an emphasis on institutional investor representation, consumer protection litigation and data privacy litigation. For more than twenty years, he has regularly been appointed by courts across the United States as lead or co-lead counsel, or member of a steering committee, on behalf of consumer and investor classes. Larry has also played a substantial role in some of the largest recoveries ever obtained by Kaplan Fox, including *In re Bank of America Securities, ERISA and Derivative Litigation* (S.D.N.Y)($2.4 billion recovered), *In re Apple Device Performance Litigation* (N.D. Cal.)($310 million recovered) and *In re 3Com Securities Litigation* ($259 million recovered).

Prior to joining Kaplan Fox, Larry practiced at the Manhattan (New York County) District Attorneys' Office under the legendary Robert Morgenthau, where he tried numerous felony prosecutions to jury verdict. He holds a B.S. degree in Economics from the Wharton School of the University of Pennsylvania (1985) and a J.D. from the Fordham University School of Law (1988).

An active member of both the California and New York state bars, Mr. King has been selected for inclusion in *Northern California SuperLawyers* each year since 2012.

 Stay in Touch



Why Kaplan Fox    Practice Areas    Cases    Resources    Login

PARTNER    AARON L. SCHWARTZ

# Aaron L. Schwartz
## Partner

**Kaplan Fox & Kilsheimer LLP**
800 Third Avenue
38th Floor
New York, NY 10022

**Phone 1:** (800) 290-1952
**Phone 2:** (212) 687-1980
**Fax:** (212) 687-7714
**ASchwartz@kaplanfox.com**

**EDUCATION:**

B.A., University of Wisconsin—Madison (2009)

J.D., The Pennsylvania State University—The Dickinson School of Law (2014)

**BAR AFFILIATIONS & COURT ADMISSIONS:**

Bar of the Commonwealth of Pennsylvania

Bar of the State of New York

U.S. Court of Appeals for the Third Circuit

U.S. District Courts for the Eastern, Middle, and Western Districts of Pennsylvania; and U.S. District Courts for the Eastern and Southern Districts of New York.

**PROFESSIONAL AFFILIATIONS:**

Pennsylvania Bar Association

American Bar Association

**PUBLICATIONS:**

*Effective Merger Enforcement: Is it Time for a Retrospective Study on Cross-Market Provider Transactions*, A.B.A., Section of Antitrust Law, 8 State Enforcement Committee Newsletter 4, 10 (Spring 2017).

Aaron L. Schwartz joined Kaplan Fox in 2017 and became a partner of the firm in 2024. He has broad experience in class action, opt-out, and other complex litigation with particularized focus on antitrust, consumer protection, and securities matters.

Mr. Schwartz has served on court-appointed lead counsel teams in several notable actions, including *In re Google Play Consumer Antitrust Litig.*, 20-cv-05761 (N.D. Cal.) (ongoing consumer action alleging unlawful monopolization of the Google Play Store), *In re Vale S.A. Sec. Litig.*, 19-cv-526 (E.D.N.Y.) (ongoing securities action alleging misstatements and omissions to investors related to dam safety), and *In re Apple Inc. Device Perform. Litig.*, 18-md-2827 (N.D. Cal.) (consumer action alleging unlawful iPhone throttling that settled in March 2021 for $310 million).

Mr. Schwartz has also served as counsel to public pension funds and institutional investor clients in matters concerning corporate mismanagement and breach of fiduciary duties. For example, he represented ATRS in *Ark. Teacher Ret. Sys. v. Allianz Global Inv. US LLC*, 20-cv-5615 (S.D.N.Y.), which concerned alleged misconduct and gross mismanagement of three investment funds. Mr. Schwartz also currently represents CalSTRS and the Firemen's Retirement System of St. Louis in a derivative action arising out of Facebook's many years of allegedly improper data sharing practices. *See In re Facebook, Inc. Deriv. Litig.*, 2018-0307-JRS (Del. Ch.)

Prior to joining the firm, Mr. Schwartz served as a Deputy Attorney General in the Pennsylvania Office of Attorney General, Antitrust Section (2014-2017), where he successfully enjoined anticompetitive corporate mergers and prosecuted product-hopping schemes, market allocation schemes, and other unfair trade practices.

Mr. Schwartz graduated from the University of Wisconsin—Madison in 2009 with dual degrees in history and political science. He obtained his law degree in 2014 from The Pennsylvania State University—The Dickinson School of Law. During law school, Mr. Schwartz was a senior editor for the Penn State Journal of Law and International Affairs and a member of the Moot Court Board. Mr. Schwartz is admitted to practice in the States of New York and Pennsylvania, and before the U.S. District Courts for the Southern and Eastern Districts of New York; the Western, Middle, and Eastern Districts of Pennsylvania; and the United States Court of Appeals for the Third Circuit.





 

PARTNER    MATTHEW B. GEORGE

# Matthew B. George
## Partner

**Kaplan Fox & Kilsheimer LLP**
1999 Harrison Street
Suite 1501
Oakland, CA 94612

**Phone:** (415) 772-4700
**Fax:** (415) 772-4707
MGeorge@kaplanfox.com

**EDUCATION:**

B.A., Political Science and Criminal Justice, *magna cum laude*, Chapman University (2002)

J.D., The University of Michigan Law School (2005)

**PUBLICATIONS AND SPEAKING ENGAGEMENTS:**

Expert Depositions: Promoting Expertise and Limiting Exposure –Bridgeport Continuing Legal Education "Mastering the Deposition" Seminar (January 2017)

"How Viable Is the Prospect of Private Enforcement of Privacy Rights In The Age of Big Data? An Overview of Trends and developments In Privacy Class Actions" – Competition, The Journal of the Antitrust and Unfair Competition Law Section of the State Bar of California, Volume 24, No. 1 (Spring 2015)

Panel Discussion of Sony Pictures Data Breach Cases – CNBC's "Squawk On the Street" (December 2014)

New and Developing Practice Areas – CAOC 53rd Annual Convention (November 2014)

Privacy Law Symposium – University of California, Hastings College of the La (April 2014)

Update On the Target Data Breach Litigation – HarrisMartin Target Data Breach MDL Conference (March 2014)

Consumer Privacy Law – 8th Annual CAOC Class Action Seminar (February 2014)

Matthew George is a partner at Kaplan Fox & Kilsheimer, where he represents consumers, investors, and employees in matters involving emerging technology, privacy issues, and workers' rights. He frequently handles multidistrict litigation in federal courts involving complex discovery issues and currently prosecutes cutting-edge claims involving artificial intelligence and cryptocurrency.

Matthew was a member of Kaplan Fox's lead counsel team for In re: Apple Device Performance Litigation, which resulted in a $310 million settlement on claims alleging that Apple violated the Computer Fraud and Abuse Act by throttling the performance of older iPhone models. He also served as court-appointed co-lead counsel for In re: Robinhood Outages Litigation, securing $9.9 million for investors who suffered losses due to a series of outages on Robinhood's stock trading platform. He currently serves on the executive committee in litigation alleging that several high-profile athletes and brands, including Tom Brady and Major League Baseball, unlawfully promoted the sale of unregistered securities that contributed to investor losses in the collapse of Sam Bankman-Fried's cryptocurrency exchange, FTX. In addition, he successfully represented patients in claims arising from the failed blood-testing startup collaboration between Theranos and Walgreens, resulting in a $44 million settlement.

Matthew has also advanced initiatives supporting underrepresented communities both in and outside the courtroom. He has represented clients living with HIV in actions against healthcare conglomerates CVS/Caremark, Health Net, and Aetna, which collectively resulted in more than $30 million in recoveries for patients whose medical information and HIV status were improperly disclosed. He has obtained innovative and frequently cited rulings at both the trial and appellate levels in privacy and data misuse cases against Facebook, Adobe, and Yahoo. He also devotes a significant portion of his practice to advancing workers' rights, previously representing public employee unions and more recently advocating for airline ground workers as co-lead counsel in two cases against United Airlines and SkyWest Airlines, which resulted in more than $16 million in recoveries.

Matthew is a longstanding member of multiple LGBTQ+ and diversity bar associations and has volunteered in formal mentorship programs supporting new attorneys entering the profession. He has been selected by his peers as a Northern California "Super Lawyer" every year since 2016, the first year he was eligible for the distinction. He is also a frequent speaker at industry conferences and seminars on topics including arbitration, expert depositions, and class action settlement strategy.

Privacy Litigation and Management: Strategies For Protection and Litigation – Bridgeport Continuing Legal Education Seminar (December 2012)

Class Action Settlement Strategies and Mechanics – 12th Annual Bridgeport Class Action Litigation & Management Conference (April 2012)

Developments In the Arbitration of Wage and Hour Disputes – Bridgeport 2010 Wage and Hour Conference (October 2010)

Implicit Bias and Its Impact On Our Practices – CAOC 60th Annual Convention (November 2021)

**BAR AFFILIATIONS & COURT ADMISSIONS:**

Bar of the State of California

U.S. District Courts for the Northern, Central, Southern and Eastern Districts of California, and the District of Colorado

Ninth Circuit Court of Appeals

**PROFESSIONAL AFFILIATIONS:**

Bay Area Lawyers for Individual Freedom

Consumer Attorneys of California (Diversity Committee)

American Bar Association (Labor and Employment Section)

Stay in Touch

**Attorneys and Staff**

**Case Investigations**

**Press Releases**

**Contact Us**

Sitemap
Cookie Policy
Terms & Conditions
Privacy Policy

**OFFICE LOCATIONS**

**New York, NY**
(212) 687-1980

**Oakland, CA**
(415) 772-4700

**Los Angeles, CA**
(310) 575-8604

**Morristown, NJ**
(973) 656-0222

**Chicago, IL**

 **KAPLAN FOX**
Service. Driven. Results.

Why Kaplan Fox        Practice Areas        Cases        Resources        Login

OF COUNSEL        A.J. DE BARTOLOMEO

# A.J. de Bartolomeo
## Of Counsel

**Kaplan Fox & Kilsheimer LLP**
1999 Harrison Street
Suite 1501
Oakland, CA 94612

**Phone:** (415) 772-4700
**Fax:** (415) 772-4707
**AJD@kaplanfox.com**

**EDUCATION:**

Fairfield University

London School of Economics General Course Program

University of California College of the Law, San Francisco (JD)

Georgetown Law Advance eDiscovery Institute

**BAR AFFILIATIONS & COURT ADMISSIONS:**

Bar of the State of California

U.S. Supreme Court

U.S. Court of Appeals for the First, Second, Third, Fifth, Sixth, and Ninth Circuits

U.S. District Courts for the Northern, Eastern, Southern and Central Districts of California, the Southern District of Texas, the Eastern District of Michigan, and the Eastern District of Wisconsin.

A.J. de Bartolomeo joined Kaplan Fox & Kilsheimer LLP as Of counsel in July 2025; she is resident in the firm's Oakland, California office. A.J. has collaborated closely and effectively as co-counsel with senior attorneys at Kaplan Fox for decades, achieving strong results together in the areas of securities, antitrust and consumer class actions.

As a co-founder and shareholder of Tadler Law LLP, a WBENC-certified, women-owned boutique law firm established in 2019, Ms. de Bartolomeo brings over thirty years of experience litigating complex class, collective, and mass tort matters in courts across the country to her role at Kaplan Fox.  She has built a national reputation as a zealous and passionate advocate. As one former jurist remarked, "*[S]he is not only extremely intelligent but is tireless in her representation of her clients and no one cares more about doing a great job for her clients than A.J.*"**[1]**

Recognized for both her legal acumen and strategic judgment, Ms. de Bartolomeo has, since 2009, been appointed by courts as Lead or Co-Lead Counsel, or as a member of Plaintiffs' Executive or Steering Committee in numerous high-profile multidistrict litigations (MDLs) including in antitrust, securities and consumer class actions, as well as mass torts, and bankruptcy proceedings.  She has played key roles on Law and Briefing committees, including in Daubert and class certification briefing. Ms. de Bartolomeo has been consistently recognized among the top tier of attorneys with a Martindale Hubbell AV® Preeminent™ Peer Review Rated for outstanding achievement and demonstration of the highest legal ability and professional ethics every year since 2004, ranked by Chambers and Partners since 20192020-2025, and been recognized by her peers as a Northern California Super Lawyer every year since 2013.

Ms. de Bartolomeo is committed to advancing opportunities for women and young lawyers.  She is the former Chair of the Women's Trial Lawyer Caucus of the American Association of Justice (2015-2016), where she oversaw the caucus's work in leadership training, student scholarship, membership and political outreach, and other pro-civil justice functions. Ms. de Bartolomeo is a member of the Executive Committee for the Federal Bar Association, Northern District of California chapter, where she focuses on educational programs. She is also an active member of the American Bar Association Sections on Tort Trial and Insurance Practice and the Consumer Attorneys of California. She is a former member of the American Bankruptcy Institute.

Ms. de Bartolomeo is frequently an invited speaker before industry organizations and public corporations on the subjects of best settlement practices and procedures in complex litigation and MDL practice, ESI protocols and compliance, Daubert challenges, Federal Rule 37, corporate litigation risk management and compliance procedures, and ethical procedures for client and case management.  She has also authored articles on ESI protocols and compliance, *Daubert* challenges, and class action settlement procedures and best practices.

Ms. de Bartolomeo has repeatedly received recognition by legal industry rating organizations, including: Martindale Hubbell AV® Preeminent™ Peer Review (2004– present); Chambers USA (Band 1 Ranking in e-Discovery) (2023-2025), (Band 3 (2021-2022), and (Band 4 (2019-2020)); and Top E-Discovery and Information Governance Practice and Band-4 Notable Practitioner by

Chambers USA (2021); Best Lawyers in Mass Tort Litigation / Class Actions – Plaintiffs (2020-2025); Lawdragon 500 Leading Plaintiff Financial Lawyers, 2022 Edition (2022);; 2020 edition U.S. News – Best Lawyers in America; Northern California Super Lawyer 2013-present; and Top 50 Women Lawyers in Northern California, 2017.

A.J. Is a graduate of Fairfield University (Economics and Politics), the London School of Economics General Course Program (Economics), and University of California College of the Law, San Francisco (Juris Doctorate). A.J. is also a proud graduate of the Georgetown Law Advanced eDiscovery Institute (2019).

[1]  Judge David R. Herndon (Ret.), U.S. District Court, S.D. Ill.

 Stay in Touch      in

**Attorneys and Staff**

**Case Investigations**

**Press Releases**

**Contact Us**

Sitemap
Cookie Policy
Terms & Conditions
Privacy Policy

**OFFICE LOCATIONS**

**New York, NY**
(212) 687-1980

**Oakland, CA**
(415) 772-4700

**Los Angeles, CA**
(310) 575-8604

**Morristown, NJ**
(973) 656-0222

**Chicago, IL**
(847) 831-1585

© 2026 Kaplan Fox All rights Reserved.



Why Kaplan Fox    Practice Areas    Cases    Resources    Login

ASSOCIATE    CLARISSA OLIVARES

# Clarissa Olivares
## Associate

**Kaplan Fox & Kilsheimer LLP**
1999 Harrison Street
Suite 1501
Oakland, CA 94612

**Phone:** (415) 772-4700
**Fax:** (415) 772-4707
**COlivares@kaplanfox.com**

**EDUCATION:**

Seattle University: B.A. in English Literature; Minor in Int'l. Economic Development (2017)
U.C. Berkeley School of Law: J.D. (2020)

**BAR AFFILIATIONS & COURT ADMISSIONS:**

Bar of the State of California
U.S. District Court for the Northern District of California

Clarissa (Clari) Olivares joined Kaplan Fox in their Oakland office as an associate in January 2024. Clari's practice focuses on data privacy and consumer class actions, including data breach cases and data security and privacy matters involving the SCA, BIPA, and other federal and state privacy and wiretap statutes.

Prior to joining Kaplan Fox, Clari worked in corporate defense, honing litigation skills they now bring to bear on behalf of their clients at Kaplan Fox. Clari is a graduate of the U.C. Berkeley School of Law, where they were on the board of the Women of Color Collective and a submissions editor for the La Raza Law Journal. During this time, Clari also had the privilege of externing for Justice Tracie L. Brown, Presiding Justice of Division Four of the First District Court of Appeal in San Francisco, California.

