# Exhibit 4





# Raphael Janove

*Shareholder | Founding Member*
He / Him / His
T 646-347-3941
Raphael@janove.law

Raphael Janove is a relentless advocate for consumers, workers, and small business owners. He leverages his diverse career litigating antitrust, securities, business unfair competition, and consumer cases.

Raphael began his career as a defense attorney at Sullivan & Cromwell LLP in New York. A few years ago, he switched to the plaintiffs' side and hasn't looked back.

Raphael draws upon his experience as a former defense attorney to develop ambitious cases that advance consumer and public interests. Current matters include Lanham Act and unfair competition claims on behalf of small businesses against big tech companies, consumer claims against mobile game developers, data privacy claims against major corporations, and human trafficking claims against websites and immigration detention centers.

Raphael speaks regularly at mass arbitration and plaintiffs-side conferences, including the Mass Arb Conference.

Prior to founding Janove PLLC, Raphael was a partner at a plaintiffs-side public impact litigation boutique in Manhattan. He also clerked for the Honorable Paul S.Diamond of the U.S. District Court for the Eastern District of Pennsylvania, and the Honorable Thomas L. Ambro of the U.S. Court of Appeals for the Third Circuit.

Raphael received his J.D. with high honors from the University of Chicago Law School, where he was elected to the Order of the Coif, named a Kirkland & Ellis scholar, and received the Douglas Baird Prize in Commercial Law. He also served as Articles Editor of The University of Chicago Law Review.

Before law school, Raphael taught English at a private school in South Korea.

**JANOVE** PLLC

## Practices

- Class Actions & Mass Arbitrations
- Appeals
- Complex Litigation

## Education

- The Hebrew University of Jerusalem, To'ar Mechina, 2006
- American University, B.A., International Relations, *magna cum laude*, 2009
- The University of Chicago Law School, J.D., 2014, High Honors, Order of the Coif; Kirkland & Ellis Scholar; Recipient, The Douglas Baird Prize in Commercial Law; Articles Editor, *The University of Chicago Law Review*

## Admissions

- New York
- California
- Pennsylvania
- Illinois
- Washington
- Utah
- United States Supreme Court
- U.S. Court of Appeals for the First Circuit
- U.S. Court of Appeals for the Second Circuit
- U.S. Court of Appeals for the Third Circuit
- U.S. Court of Appeals for the Fourth Circuit
- U.S. Court of Appeals for the Seventh Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Court of Appeals for the Tenth Circuit

## Clerkships

- Honorable Paul S. Diamond, U.S. District Court for the Eastern District of Pennsylvania
- Honorable Thomas L. Ambro, U.S. Court of Appeals for the Third Circuit

## Gorvernment Service

- Legal Intern, U.S. Equal Employment Opportunity Commission, Washington,D.C., Summer 2009

# JANOVE PLLC

## Memberships

- Public Justice
- American Association for Justice

## Conference Presentations

- Maximizing Validated Cases: Analytics & Strategies to Minimize Case Attrition, AG Mega Summit (Jun. 2026)
- The State of Mass Arbitrations, Class Action Money and Ethics Conference (May 2026)
- Arbitration Developments, AAJ Conference (Jul. 2025)
- Five Ways to Fight Arbitration Clauses, NCLC Spring Training (May 2025)
- The Rise of Mass Arbitration: Strategy, Ethics, and Corporate Response, Class Action Money and Ethics Conference (Apr. 2025)
- Unfair Competition and Lanham Act Class Actions, Mass Torts Made Perfect Conference (Apr. 2023)
- The Future of Mass Arbitration? The Nuts and Bolts of Mass Actions Conference (Feb. 2023)
- Will The Ninth Circuit Kill Off Mass Arbitrations? The Nuts and Bolts of Mass Actions Conference (Sept. 2022)

## Articles & Publications

- The Video Privacy Protection Act's Future in 2026, Law360 (2026)
- Courts Must Continue Protecting Plaintiffs In Mass Arbitration, Law360 (2025)
- 2nd Circ. ERISA Ruling May Help Fight Unfair Arb. Clauses, Law360 (2024)
- How 2d Cir. Ruling Fortifies Plaintiff Standing Arguments, Law360 (2023)
- 3d Cir. Samsung Opinion is a Plaintiffs' Arbitration Playbook, Law360 (2023)
- 2d Cir. Ruling is a Cautionary Tale on Arbitration Motions, Law360 (2023)
- Section 230 Shouldn't Protect Big Tech On Casino Apps, Law360 (2022)
- 9th Cir. Must Block Cos.' Unfair Rules for Mass Arbitration, Law360 (2022)
- 3rd Cir. Should Allow Class Notice In Wells Fargo Case, Law360 (2022)
- Slamming The Brake On Traffic Ticket Protections For Debtors, Law360 (2019)
- Chicago Tax Revenue Scheme May Not Be Bankruptcy-Proof, Law360 (2018)
- The Takings Clause in Bankruptcy and How It Might Protect Illinois' Creditors, Bloomberg Law (2018)
- Yielding to the Confiscation of Public and Private Property: Judicial Deference under the Takings and Copyright Clauses, 39 VT. L. REV. ¬¬89 (2014)
- All Out of Chewing Gum: A Case for a More Coherent Limitations Period for ERISA Breach of Fiduciary Duty Claims, 81 U. CHI. L. REV. ¬¬801 (2014) (Com-ment cited in petitions for writ of certiorari to the Sixth, Ninth, and Tenth Circuits)

## Honors & Awards

  

# JANOVE PLLC



## Liana Vitale

*Senior Counsel*
T 805-505-9550
Liana@janove.law

Liana is a litigator with over a decade of experience in state and federal court actions and arbitration matters. Her current matters include unfair competition and consumer claims against mobile game developers, and briefing cutting-edge issues of arbitration law in the digital context to the Ninth Circuit. She also has experience in consumer privacy laws, complex commercial litigation, public and private international law, and technology and intellectual property disputes.

Liana earned a B.A. and a law degree (cum laude) from New York University. She began her career at Cleary Gottlieb Steen & Hamilton LLP, where she practiced for more than nine years in the litigation department. She is a member of the bar in California and New York.

## Practices

- Class Actions & Mass Arbitrations
- Appeals
- Complex Litigation

## Education

- New York University, B.A.
- New York University School of Law, J.D., cum laude

## Admissions

- California
- New York
- U.S. District Court for the Central District of California
- U.S. District Court for the Eastern District of New York
- U.S. District Court for the Southern District of New York



**Josh Brooks**

*Director of Operations*
He / Him / His
T 646-347-3942
Josh@janove.law

Josh is the Director of Operations for Janove PLLC. He leads enterprise management and supports the firm's legal work.

Prior to joining Janove, Josh was a senior legal analyst at a plaintiffs boutique in Manhattan, where he supported case development and administration in the class action and whistleblower practices, in addition to working on firm operations. He was previously a fellow for a U.S. presidential campaign in New Hampshire and the Director of Finance for the Yale Daily News. Josh has a BA in political science, with a certificate in statistics and data science, from Yale College.

Outside the office you might find Josh eating dessert with his brothers, preaching defensive intensity at pickup basketball games throughout Brooklyn, or wandering the Green Mountains hiking, golfing, and fishing fly.

# JANOVE PLLC



## Finn Blomquist Eggerling

*Managing Legal and Research Analyst*
They / Them / Theirs
T 646-347-3943
Finn@janove.law

Finn is the Managing Legal and Research Analyst for Janove PLLC. They lead the firm's investigations arm.

Before joining Janove, Finn was a research assistant with a Manhattan-based plaintiffs' firm, where they provided research and writing support in class action, whistleblower, and immigration law practices. Finn has also held several leadership roles; they managed the Underground Coffee Shop in Providence, Rhode Island and acted as the Deputy Canvass Director for state congressional races in Minnesota. Finn has a BA in history and is a Phi Beta Kappa and honors graduate of Brown University.

Outside the office, Finn loves theatre—including directing a self-written parody of *Clue: the Play*, entitled *Hint!*—biking around the city, spending time outdoors in their home state of Minnesota, and ranting about the virtues of *The Real Housewives of Salt Lake City.*

# JANOVE PLLC



**Sasha Jones**

*Legal Fellow*
She / Her / Hers
T 646-347-3944
Sasha@janove.law

Sasha is the Legal Fellow for Janove PLLC. She assists attorneys on class action and arbitration proceedings.

Prior to joining Janove, Sasha attended Yale College where she graduated with a BA in political science, receiving distinction in the major and magna cum laude honors. During her time at Yale, she served as an editorial intern for the Yale Law Journal and an online editor for the Yale Undergraduate Law Journal. Sasha also interned at the Brennan Center for Justice, where they published her article about the history of anti-dueling provisions in state constitutions.

Outside of work, Sasha enjoys trying new restaurants, playing basketball, and keeping up with national politics.