# Exhibit 5



5320 Laurel Canyon Boulevard, Valley Village, California 91607
Tel: (818) 484-5204 | info@malkpogolaw.com | www.malkpogolaw.com

## FIRM RESUME

**MALK & POGO LAW GROUP, LLP** is a plaintiff-side litigation boutique headquartered in Los Angeles, California, focusing on consumer class actions, mass arbitrations, traumatic brain injury actions, and other complex civil litigation in federal and state courts across the country. The firm was founded on a singular conviction: that consumers are entitled to truthful marketing, fair competition, and vigorous private enforcement of the laws designed to protect them, and that corporate wrongdoers who deceive the purchasing public must be held to account.

Although a boutique by design, Malk & Pogo punches well above its weight. The firm's attorneys trained at nationally recognized class action and litigation firms, were educated at top national universities, and bring to every engagement the top-level legal training, creativity, and tenacity required to prosecute complex class litigation against the largest corporations in the world. That training has produced results: firm founding partner Valter Malkhasyan played an integral role in securing one of the largest settlements in the history of consumer product labeling class actions in *Kandel, et al. v. Dr. Dennis Gross Skincare, LLC*, No. 1:23-cv-01967-ER (S.D.N.Y.), in which plaintiffs alleged that Dr. Dennis Gross Skincare misrepresented the presence of collagen in its "C+Collagen" product line, causing consumers to purchase the products, or to pay a premium for them, based on false claims. That litigation resulted in a $9.2 million settlement on behalf of the class.

Of even greater relevance here, the firm's attorneys possess deep, directly on-point experience litigating false labeling claims against major beverage manufacturers arising from the presence of citric acid, including *Hezi, et al. v. Celsius Holdings, Inc.*, No. 1:21-cv-09892 (S.D.N.Y.), a class action alleging that Celsius falsely marketed its beverages as containing "no preservatives" despite the presence of a preservative ingredient. That litigation, prosecuted in this District, resulted in a $7.8 million settlement for the class.

### SIGNIFICANT RESULTS AND REPRESENTATIVE ENGAGEMENTS

- ***Kandel, et al. v. Dr. Dennis Gross Skincare, LLC***, No. 1:23-cv-01967-ER (S.D.N.Y.) (played an integral role in securing a $9.2 million settlement on behalf of a class of skincare purchasers involving unlawfully labeled skincare products that falsely represented the presence of collagen).

# MALK&POGO
## — LAW GROUP —

- *Hezi, et al. v. Celsius Holdings, Inc.*, No. 1:21-cv-09892 (S.D.N.Y.) (played an integral role in securing a $7.8 million class settlement on behalf of consumers who purchased beverages falsely marketed as containing "no preservatives" despite the presence of a preservative ingredient).

- *Landsheft v. Apple Inc.*, No. 5:25-cv-02668 (N.D. Cal.) (served as one of few plaintiffs' counsel in this false advertising class action against Apple concerning the marketing of AI-powered features, in which the Court granted preliminary approval of a $250 million settlement, one of the largest false advertising class action settlements to date).

- *Vales v. Pierre Fabre Dermo-Cosmetique USA, Inc., et al.*, No. 25-cv-10523-BLF, 2026 U.S. Dist. LEXIS 79504 (N.D. Cal. Apr. 10, 2026) (defendant's FRCP 12(b)(1), 12(b)(6), and 9(b) motion to dismiss "preservative-free" claims on cosmetic products denied on April 10, 2026);

- *Krikorian, et al. v. Post Consumer Brands, LLC, et al.*, No. CV 25-2122-JFW(JRPx), 2026 U.S. Dist. LEXIS 57916, (C.D. Cal. Mar. 18, 2026) (defendant's FRCP 12(b)(1), 12(b)(6), and 9(b) motion to dismiss "no artificial flavors or artificial preservatives" claims denied on March 18, 2026);

- *Tovmasyan v. Target Corporation, et al.*, No. 2:25-cv-02314-MRA-KS, 2025 U.S. Dist. LEXIS 84214, (C.D. Cal. May 2, 2025) (defendant's FRCP 12(b)(1), and 12(b)(6) motion to dismiss "no artificial flavors, preservatives, or synthetic colors" claims denied on May 2, 2025);

- *Martirosyan v. 9199-4467 Quebec Inc.*, No. CV 24-09557-MWF (SKx)), 2025 U.S. Dist. LEXIS 137984, (C.D. Cal. July 16, 2025) (defendant's FRCP 12(b)(1), 12(b)(6), and 9(b) motion to dismiss "plant-based" claims denied on July 16, 2025);

- **Mass Arbitration**: representing consumers in a mass arbitration brought against an electric vehicle manufacturer arising from deceptive claims regarding battery range and the number of miles consumers can achieve on a full charge, vindicating the rights of thousands of individual claimants outside the traditional class action framework.

///

///

///

# MALK&POGO
## — LAW GROUP —

## SAMPLE OF SIGNIFICANT ROLES IN ACTIVE LITIGATION

Malk & Pogo maintains a robust and growing docket of consumer protection and false advertising class actions against national food, beverage, and consumer product manufacturers and retailers, including the following pending matters:

- *Barrales v. Century Snacks, LLC, et al.*, No. 2:25-cv-09037 (C.D. Cal.) (unlawful and misleading labeling of snack products as containing "No Preservatives," despite the presence of manufactured citric acid.)

- *Rosado v. Project 7, Inc.*, No. 5:26-cv-06632 (N.D. Cal.): (false and unlawful labeling of candy products as "Naturally Flavored," despite containing manufactured citric acid)

- *Qutami v. Mondelez International, Inc., et al.*, No. 2:26-cv-05179 (C.D. Cal.): (unlawful and deceptive labeling of dietary supplement drops as being with "Natural Flavor with Other Natural Flavor," despite the presence of manufactured citric acid)

- *Eranosian v. Jinx, Inc.*, No. 26STCV09914 (L.A. Super. Ct.) (false and deceptive advertising of pet food products as having "No Artificial Preservatives" and/or "No Artificial Ingredients" and/or being "All-Natural," "Natural," when the Products contain manufactured citric acid and tocopherols)

- *Alexander, et al. v. 7-Eleven, Inc.*, No. 26STCV17260 (L.A. Super. Ct.) (unlawful and misleading labeling of pastry products as being "Naturally Flavored," despite containing manufactured citric acid.)

- *Taylor v. Belli Welli Inc.*, No. 26CV007875 (Sacramento Super. Ct.) (unlawful and deceptive labeling of dietary supplement products as containing "No Artificial Flavors" despite containing manufactured citric acid.)

- *Hyjer v. EHPlabs, LLC, et al.*, No. C26-01703 (Contra Costa Super. Ct.): (unlawful and misleading labeling of dietary supplement products as containing "100% Natural Flavors," despite the presence of manufactured citric acid.)

## ATTORNEY PROFILES

**Valter Malkhasyan (Founding and Managing Partner)** represents plaintiffs in class actions in federal trial courts across the country. Mr. Malkhasyan is licensed to practice law in the State of California and is a member of the bars of United States District Courts and United States Courts of Appeals throughout the country, as well as the Supreme Court of the United States.

# MALK&POGO
## — LAW GROUP —

Mr. Malkhasyan began his career as a plaintiff's attorney at the nationally recognized class action firm Clarkson Law Firm, P.C., where he focused on complex commercial litigation, including false advertising, data privacy, unfair business competition, and illegal employment practices. There, he worked on numerous consumer protection and false advertising class actions on behalf of consumers nationwide, including litigating data privacy matters against corporate giants including Microsoft, Snapchat, T-Mobile and Google.

Mr. Malkhasyan left Clarkson Law Firm to co-found Malk & Pogo Law Group, LLP, where he serves as a founding and managing partner and has continued to prosecute complex class actions and mass arbitrations on behalf of consumers nationwide.

Mr. Malkhasyan earned his Juris Doctor from Loyola Law School, Los Angeles, where he completed the school's Civil Litigation and Advocacy Concentration Program, was granted a Dean's Merit Scholarship, and served as a member of the Loyola Law Review. He earned his bachelor's degree from the University of Southern California, Marshall School of Business. Coupled with his undergraduate degree in business, his early work litigating consumer class actions catalyzed a passion for seeking justice from corporate wrongdoers who stifle fair competition.

**Erik Pogosyan (Founding and Managing Partner)** co-founded Malk & Pogo Law Group, LLP after practicing at a large defense firm, where he defended national insurance carriers, public entities such as the County of Los Angeles, and businesses of every size. That background gives Mr. Pogosyan unique insight into how corporate defendants and their insurers evaluate the merits of a case and calculate monetary exposure, insight the firm leverages to accurately value claims and to expedite and maximize recoveries for its clients.

Mr. Pogosyan has extensive litigation experience spanning personal injury matters, from motor vehicle accidents to dangerous condition of public property claims, catastrophic injury, and wrongful death cases, as well as employment matters, including discrimination and retaliation claims under the California Fair Employment and Housing Act and wage-and-hour disputes.

Mr. Pogosyan earned his Bachelor of Arts in Philosophy from the University of California, Berkeley, and his Juris Doctor from Loyola Law School, Los Angeles, which he attended on a Dean's Merit Scholarship. While at Loyola, he served as Co-President of the Armenian Law Students' Association and was a member of the International and Comparative Law Review.

Additional background about the firm and biographical information for Malk & Pogo Law Group, LLP attorneys is available at https://malkpogolaw.com.