**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN LEAM, GREG DRAYTON, SHANNON MAHONEY, SAMANTHA METTLER, and FRANCESCA MIGNOSI, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>PEPSICO, INC. and THE GATORADE COMPANY,<br><br>*Defendants.* | Case No.: 7:26-cv-04258-JGLC-JCM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' AMENDED MOTION TO CONSOLIDATE CASES, AND APPOINT INTERIM CO-LEAD CLASS COUNSEL AND EXECUTIVE COMMITTEE** |
| MICHAEL WALSH, on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>PEPSICO, INC. and THE GATORADE COMPANY,<br><br>*Defendants.* | Case No.: 7:26-cv-05191-JGLC-JCM |

Upon consideration of Plaintiffs John Leam, Greg Drayton, Shannon Mahoney, Samantha Mettler, Francesca Mignosi, and Michael Walsh's Motion to Consolidate Cases, and Appoint Interim Co-Lead Class Counsel and Executive Committee, it is now ORDERED that the Motion is GRANTED as set forth below:

1.      The Court hereby consolidates *Leam, et al. v. PepsiCo., Inc., et al.*, No. 7:26-cv-04258 (S.D.N.Y. May 21, 2026) (the "*Leam, et al.* Action"), and *Walsh v. PepsiCo., Inc., et al.*, No. 7:26-cv-05191 (S.D.N.Y. June 18, 2026) (the "*Walsh* Action") (hereafter, the "Consolidated Action"), which will be renamed "*In re Gatorade Marketing & Sales Practices Litigation*" to proceed before the Honorable Jessica G. L. Clarke.

2.      The Clerk of the United States District Court for the Southern District of New York is directed to consolidate the files of Case No. 7:26-cv-05191 (the *Walsh* Action) into Case No. 7:26-cv-04258 (the *Leam, et al.* Action).

3.      The case file for the Consolidated Action will be maintained under Master File No. 7:26-cv-04258.

4.      Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action shall be consolidated with the Consolidated Action for pre-trial purposes. The Plaintiffs' Interim Co-Lead Class Counsel shall file a Notice of Related Action whenever a case that should be consolidated into this action is filed in, transferred to, or removed to this District.

5.      If the Court determines that the case is related, the clerk shall:

a.      Place a copy of this Order in the separate file for such action;

b.      Serve on Plaintiffs' counsel in the new case a copy of this Order;

c.      Direct that this Order be served upon Defendants in the new case; and

d.    Make appropriate entry in the Master Docket.

6.    Pursuant to Fed. R. Civ. P. 23(g), the Court hereby appoints (1) Blake Hunter Yagman of YAGMAN PLLC, Michael Reese of REESE LLP, and Laurence D. King of KAPLAN FOX & KILSHEIMER LLP as Interim Co-Lead Class Counsel to lead the Consolidated Action and (2) Raphael Janove of JANOVE PLLC, and Valter Malkhasyan of MALK & POGO LAW GROUP LLP as members of the Executive Committee to ensure the orderly protection of the Consolidated Action act on behalf of the Plaintiffs and the class members.

7.    Any additional plaintiffs' counsel will perform work in this litigation only at the direction of Interim Co-Lead Class Counsel. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiff except through Interim Co-Lead Class Counsel, and no other plaintiffs' counsel or firm shall be authorized to file any papers or perform any work in the case without the express authorization of Interim Co-Lead Class Counsel.

8.    This Order shall apply to the above-captioned matters, any subsequently consolidated action, any actions consolidated with the above-captioned matters, and any actions filed in, transferred to, removed to, or otherwise sent to this Court relating to the facts and allegations underlying this litigation.

9.    Interim Co-Lead Class Counsel must serve a copy of this Order and all future orders promptly by overnight delivery service, facsimile, or other expeditious electronic means on counsel for plaintiffs in any related action to the extent that interim co-lead counsel are aware or become aware of any such action(s) and on all attorneys for plaintiffs whose cases may subsequently consolidated with the above actions.

10.    Plaintiffs in the Consolidated Action may file an operative, consolidated complaint within thirty (30) days of entry of this Order.

- 3 -

11.    Defendants need not file a response to the Complaints in the *Walsh* or *Leam* Actions. The parties will meet and confer about a motion to dismiss briefing schedule and submit a stipulated briefing schedule to the Court.

IT IS SO ORDERED.


Dated: _____          _____
                                       The Honorable Jessica G. L. Clarke
                                       United States District Judge