UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN LEAM, GREG DRAYTON, SHANNON MAHONEY, SAMANTHA METTLER, and FRANCESCA MIGNOSI, on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

PEPSICO, INC. and THE GATORADE COMPANY,

Defendants.

Case No. 1:26-cv-04258

**DEFENDANTS PEPSICO, INC. AND THE GATORADE COMPANY'S RESPONSE TO AMENDED MOTION TO CONSOLIDATE CASES AND TO APPOINT INTERIM CO-LEAD CLASS COUNSEL AND EXECUTIVE COMMITTEE**

Defendants PepsiCo, Inc. and The Gatorade Company ("Defendants") respectfully submit this Response to the Amended Motion to Consolidate Cases, and To Appoint Interim Co-Lead Class Counsel and Executive Committee (the "Motion") (Dkt. No. 14). The Motion seeks an order (1) consolidating four cases[1] related to the labeling of various Gatorade products; (2) appointing Interim Co-Lead Class Counsel; and (3) appointing members to an Executive Committee.

Although Defendants vigorously dispute the factual and legal predicates of these actions, they agree that, as pleaded, the complaints involve common questions of law and fact. Accordingly, Defendants do not object to consolidation of these cases pursuant to Rule 42(a). As to the Motion's request to appoint Interim Co-Lead Class Counsel or to establish any associated leadership structure, including an Executive Committee, Defendants take no position at this time on the necessity of, or any appointments to such positions or to structure.

Defendants reserve all rights to oppose class certification or class treatment of this action at the appropriate stage in this litigation.

[1] *Leam v. PepsiCo, Inc.*, No. 7:26-cv-04258 (S.D.N.Y.); *Walsh v. PepsiCo, Inc.*, No. 7:26-cv-05191 (S.D.N.Y); *Darr v. PepsiCo, Inc.*, No. 1:26-cv-06075 (N.D. Ill.); and *Kononenko v. PepsiCo, Inc.*, No. 5:26-cv-05731-EJD (N.D. Cal.). Plaintiffs in *Darr* and *Kononenko* have voluntarily dismissed their cases without prejudice, and their counsel have appeared on behalf of Plaintiffs in this case.

Dated: July 16, 2026

Respectfully submitted,

*/s/ Emily Cooper*

Emily Cooper, SBN 5415302
emily.cooper@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Tel: (212) 262.6900

Charles C. Sipos, *Pro Hac Vice Forthcoming*
charles.sipos@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1301 Third Avenue, Suite 4200
Seattle, Washington 98101-3804
Tel: (206) 359-8000

Natalie K. Sanders, *Pro Hac Vice Forthcoming*
natalie.sanders@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-6022
Tel: (310) 788.9900

*Attorneys for Defendants*
*Pepsico, Inc. and The Gatorade Company*