UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN LEAM, GREG DRAYTON, SHANNON MAHONEY, SAMANTHA METTLER, and FRANCESCA MIGNOSI, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>-against-<br>PEPSICO, INC. and THE GATORADE COMPANY,<br>Defendants. | 26-CV-4258 (JGLC) (JCM)<br>**<u>ORDER</u>** |
| MICHAEL WALSH, on behalf of himself and all others similarly situated,<br>Plaintiff,<br>-against-<br>PEPSICO, INC. and THE GATORADE COMPANY,<br>Defendants. | 26-CV-5191 (JGLC) (JCM) |

JESSICA G. L. CLARKE, United States District Judge:

Pursuant to Judge McCarthy's Order consolidating the above-captioned cases as *In re Gatorade Marketing & Sales Practices Litigation* under case number 26-CV-4258, the Clerk of Court is directed to close *Walsh v. PepsiCo, Inc.*, 26-CV-5191. The Clerk of Court is also directed to file this Order on both dockets.

Dated: September 3, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge