ASHURST PERKINS COIE

Ashurst Perkins Coie US LLP
1301 Second Avenue
Suite 4200
Seattle, WA 98101-3804

T. +1.206.359.8000
F. +1.206.359.9000
ashurstperkinscoie.com

October 21, 2026

Charles C. Sipos
charles.sipos@ashurstperkins.com
D. +1.206.359.3983
F. +1.206.359.4983

**VIA ECF**

Hon. Jessica G. L. Clarke
United States District Court for the
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re: *In re Gatorade Marketing & Sales Practices Litigation*, Case No. 1:26-cv-04258 (S.D.N.Y)**

Dear Hon. Clarke:

We represent Defendants PepsiCo, Inc., The Gatorade Company, and Stokely-Van Camp, Inc. (collectively, "Defendants") in the above-referenced matter. Pursuant to Your Honor's Individual Rules and Practices, Defendants respectfully submit this letter motion seeking an increased word limit for their memorandum of law, due October 29, 2026, in support of their forthcoming motion to dismiss the Consolidated Class Action Complaint ("CCAC").

Defendants respectfully request permission to file a memorandum of law of up to 13,000 words, an increase of 4,250 words over the 8,750-word limit under Rule 4(b) of Your Honor's Individual Rules and Practices. Good cause exists for this request.

The CACC asserts 10 causes of action against Defendants under laws of New York, California, Pennsylvania, and Illinois on behalf of eight different Plaintiffs. The CACC, which spans 67 pages and 247 paragraphs, sets forth two distinct theories of deception related to the labeling of Gatorade products, and Defendants address each theory separately, as well as the requirements of the asserted state-law causes of action. The additional words would allow Defendants to address these issues adequately.

We have conferred with Plaintiffs' counsel, and Plaintiffs consent to this request, provided that a coextensive word limit applies to their opposition brief.

Defendants thank the Court for its consideration of this request.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions.

Respectfully submitted,

Charles C. Sipos

cc: All Counsel of Record