UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| *In re Gatorade Marketing & Sales Practices Litigation* | Case No. 7:26-cv-04258-JGLC-JCM<br><br>NOTICE OF DEFENDANTS PEPSICO, INC., THE GATORADE COMPANY, AND STOKELY-VAN CAMP, INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Request for Judicial Notice, and upon all prior proceedings, pleadings, and filings in this action, Defendants PepsiCo, Inc., The Gatorade Company, and Stokely-Van Camp, Inc. (collectively, "PepsiCo") will move this Court at the United States Courthouse for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601, Courtroom 320, before the Honorable Jessica G. L. Clarke, United States District Judge, for an Order Dismissing Plaintiffs' Consolidated Class Action Complaint and such other and further relief as requested and as the Court deems just and proper in the above-captioned case, pursuant to 12(b)(6).

Dated: October 29, 2026

Respectfully submitted,

ASHURST PERKINS COIE US LLP

By: */s/ Charles C. Sipos*

Charles C. Sipos, Pro Hac Vice
charles.sipos@ashurstperkins.com
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Tel: +1.206.359.8000
Fax: +1.206.359.9000

Emily B. Cooper
emily.cooper@ashurstperkins.com
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Tel: +1.212.262.6900
Fax: +1.212.977.1649

Natalie K. Sanders, Pro Hac Vice
natalie.sanders@ashurstperkins.com
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067-1721
Tel: +1.310.788.9900
Fax: +1.310.788.3399