UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| *In re Gatorade Marketing & Sales Practices Litigation* | Case No. 7:26-cv-04258-JGLC-JCM<br><br>**DECLARATION OF CHARLES C. SIPOS IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE** |

I, Charles C. Sipos, declare as follows:

1. I am an attorney with the law firm of Ashurst Perkins Coie US LLP and counsel for Defendants PepsiCo, Inc., The Gatorade Company, and Stokely-Van Camp, Inc. in the above-captioned matter. I submit this declaration in support of Defendants' Request for Judicial Notice, filed concurrently herewith in connection with its Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint. I have personal knowledge of the facts set forth in this declaration and am competent to testify to its contents.

2. Attached hereto as Exhibit A is a true and correct copy of a representative label of Gatorade Lower Sugar Electrolyte Sports Drink ("Lower Sugar Gatorade").

3. Attached hereto as Exhibit B is a true and correct copy of a representative label of Gatorade Zero Powder Sticks ("Gatorade Powder").

4. Attached hereto as Exhibit C is a true and correct copy of a representative label of Gatorade Thirst Quencher ("Classic Gatorade").

5. Attached hereto as Exhibit D is a true and correct copy of a representative label of Gatorade Zero Sugar Thirst Quencher ("Gatorade Zero").

6. Attached hereto as Exhibit E is a true and correct copy of the listing for citric acid in the U.S. Food & Drug Administration's ("FDA") inventory of "Substances Added to Food" published on FDA's website. At my direction, this document was downloaded on October 28, 2026, from the following URL (which can be accessed directly): https://hfpappexternal.fda.gov/scripts/fdcc/index.cfm?set=FoodSubstances&id=CITRICACID.

7. Attached hereto as Exhibit F is a true and correct copy of the listing for sodium citrate in the FDA's inventory of "Substances Added to Food" published on FDA's website. At my direction, this document was downloaded on October 28, 2026, from the following URL (which can be accessed directly): https://hfpappexternal.fda.gov/scripts/fdcc/index.cfm?set=FoodSubstances&id=TRISODIUMCITRATE.

8. Attached hereto as Exhibit G is a true and correct copy of "Chapter 4: Advisory Actions" of the FDA's Regulatory Procedures Manuel, published on FDA's website. At my direction, this document was downloaded on October 28, 2026, from the following URL (which can be accessed directly): https://www.fda.gov/media/71878/download .

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of October 2026, at Seattle, Washington.

/s/ Charles C. Sipos
Charles C. Sipos