# EXHIBIT E

FDA



## Substances Added to Food *(formerly EAFUS)*

# CITRIC ACID

| | |
|---|---|
| **CAS Reg. No. (or other ID)*:** | 77-92-9 |
| **Substance*:** | CITRIC ACID |
| **Other Names:** | ♦ CITRIC ACID<br>♦ CITRIC ACID, ANHYDROUS<br>♦ 2-HYDROXY-1,2,3-PROPANETRICARBOXYLIC ACID<br>♦ BETA-HYDROXYTRICARBALLYLIC ACID<br>♦ 1,2,3-PROPANETRICARBOXYLIC ACID, 2-HYDROXY-<br>♦ ACIDE CITRIQUE |
| **Used for*† (Technical Effect):** | ANTIMICROBIAL AGENT,<br>ANTIOXIDANT,<br>ENZYME,<br>FLAVOR ENHANCER,<br>FLAVORING AGENT OR ADJUVANT,<br>LEAVENING AGENT,<br>PH CONTROL AGENT,<br>SEQUESTRANT,<br>SOLVENT OR VEHICLE,<br>SURFACE-ACTIVE AGENT |
| **Color additive regulations (21 CFR Parts 73, 74, 81, 82)*^:** | 73.85[6] |
| **Food additive and GRAS regulations (21 CFR Parts 170-186)*:** | 172.755[7]<br>172.861[8]<br>173.160[9]<br>173.165[10]<br>173.280[11]<br>178.1010[12]<br>184.1033[13] |
| **Food labeling and standards regulations (21 CFR Parts 100-169):** | 131.111, 131.112, 133.123, 133.124, 133.129, 133.169, 133.173, 133.178, 133.179, 145.134, 145.145, 146.187, 155.130, 161.190, 163.110, 163.111, 163.112, 169.140, 169.150[14] |
| **FEMA No.*:** | 2306 |
| **FEMA GRAS Publication No(s).*:** | (3, 25) |
| **JECFA Flavor Number*:** | 218 |
| **Select Committee on GRAS Substances (SCOGS):** | See report SCOGS no. 84[15] |

***Definitions**

- **CAS Reg. No. (or other ID)**: Chemical Abstract Service (CAS) Registry Number® for the substance or a numerical code assigned by HFP to those substances that do not have a CAS Registry Number (977nnn-nn-n series).
- **Substance**: The name of the ingredient as recognized by HFP.
- **Used for† (Technical Effect)**: The physical or technical effect(s) the substance has in or on food; see 21 CFR 170.3(o)[16] for definitions.
- **21 CFR**: Title 21 of the Code of Federal Regulations.
- **FEMA No.**: The trade association, Flavor and Extract Manufacturers Association (FEMA), has established expert panels to evaluate and make independent determinations on the GRAS status of flavoring substances. The FEMA number is provided here as a reference to FEMA's GRAS assessments.
  - The **GRAS Pub. No.** is the FEMA GRAS™ publication number.
  - **NLFG** is no longer FEMA GRAS™.
  - For more information about FEMA GRAS, see About the FEMA GRAS™ Program[17] <External Link Disclaimer> [18].
- **JECFA**: The Joint Expert Committee on Food Additives (JECFA) is an international expert scientific committee that is administered jointly by the Foo and Agriculture Organization of the United Nations (FAO) and the World Health Organization (WHO). See JECFA Specifications for Flavourings[19] <External Link Disclaimer>[20]

**†Color Additives**

- For a substance to be used as a color additive in the US, it must be authorized by a regulation in 21 CFR Part 73, 74, or 82.

---

**Links on this page:**

1. https://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain
2. https://www.addthis.com/bookmark.php
3. https://www.fda.gov/
4. https://www.fda.gov/food/food-ingredients-packaging
5. https://www.fda.gov/food/food-ingredients-packaging/food-ingredient-and-packaging-inventories
6. https://www.ecfr.gov/current/title-21/section-73.85
7. https://www.ecfr.gov/current/title-21/section-172.755
8. https://www.ecfr.gov/current/title-21/section-172.861
9. https://www.ecfr.gov/current/title-21/section-173.160
10. https://www.ecfr.gov/current/title-21/section-173.165
11. https://www.ecfr.gov/current/title-21/section-173.280
12. https://www.ecfr.gov/current/title-21/section-178.1010
13. https://www.ecfr.gov/current/title-21/section-184.1033
14. https://www.ecfr.gov/current/title-21/chapter-I/subchapter-B
15. https://www.cfsanappsexternal.fda.gov/scripts/fdcc/?set=SCOGS&sort=Sortsubstance&order=ASC&startrow=1&type=column&search=SCOGS%20Report%20Number%C2%A4VARCHAR%C2%A48
16. https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm?fr=170.3
17. http://femaflavor.org/gras
18. https://www.fda.gov/about-fda/website-policies/website-disclaimer
19. http://www.fao.org/food/food-safety-quality/scientific-advice/jecfa/jecfa-flav/en/

20. https://www.fda.gov/about-fda/website-policies/website-disclaimer

Page Last Updated: 09/08/2026

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.
Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano
Deutsch | 日本語 | فارسی | English

Accessibility Contact FDA Vulnerability Disclosure Policy Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies

FDA

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA

For Government For Press

U.S. Department of Health & Human Services